YETTA GREENBERG et al., Appellants, *v.* GEORGE SCHILB et al., Respondents.

Supreme Court, Appellate Term, Second Department, March 17, 1948.

*Max Schulman* for appellants.

No appearance for respondents.

Order affirmed, without costs.

Concur: MacCrate, Steinbrink and Rubenstein, JJ.